UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL OSMAN SAAVEDRA-<br>SARMIENTO | Crim. No. 19-553 (PGS)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the
United States, by Craig Carpenito, United States Attorney for the District of
New Jersey (J. Brendan Day, Assistant United States Attorney, appearing) for
an order pursuant to Title 18, United States Code, Section 3142(e) to detain the
defendant in the above-entitled matter; and defendant Joel Osman Saavedra-
Sarmiento having reserved his right to seek pre-trial release at a later date; and
for good cause shown:

IT IS, therefore, on this 12 day of August, 2019,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e),
that the defendant, Joel Osman Saavedra-Sarmiento, be detained, and that he
be committed to the custody of the Attorney General or his authorized
representative; and it is further

ORDERED that such detention be without prejudice to the defendant's
right to seek pretrial release pursuant to Title 18, United States Code, Section
3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE PETER G. SHERIDAN
United States District Judge